USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ASTOR CHOCOLATE CORP.,                                            :
                                                                  :
                Plaintiff,                 :        **ORDER**
                                                                  :
           -v-                                           :        18-CV-11913 (PAE) (JLC)
                                                                  :
FOOD DEPOT CORPORATION, *et al.*,                                 :
                                                                  :
                Defendants.               :
-------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

    Pursuant to the Court's Order dated February 18, 2021 (Dkt. No. 107), the parties were directed to advise the Court within 30 days when they wish to schedule the settlement conference. To date, the parties have not submitted any dates. The parties are directed to send proposed dates by **March 29, 2021**.

    **SO ORDERED.**

Dated: March 22, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

1